IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK L. LLOYD,

               Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,[1]

               Defendant.

Civil No. 05-6221-CO

ORDER

COONEY, Magistrate Judge.

     Having considered plaintiff's unopposed motion for approval of attorney fees

pursuant to 42 U.S.C. § 406(b) (#23), attorney fees in the amount of $3,695.00 are hereby

awarded to plaintiff's attorney pursuant to 42 U.S.C. § 406(b).  The Court finds that this is

a reasonable fee in light of the circumstances present in this case.  When issuing the §

406(b) check for payment to plaintiff's attorney  herein, the agency is directed to subtract

---

[1]     Plaintiff's complaint names former Commissioner of Social Security Joanne B. Barnhart
as defendant; Michael J. Astrue, the current Commissioner of Social Security, automatically is
substituted as defendant pursuant to Federal Rules of Civil Procedure 25(d)(1) and 42 U.S.C. §
405(g).

the applicable user fee.

IT IS SO ORDERED.

DATED this ___26___ day of February, 2007

_____/s/_____
United States Magistrate Judge